# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David Kennoy,<br>    Plaintiff<br><br>v.<br><br>Client Services, Inc.,<br>    Defendant | Docket 3:17-CV-01116-RDM<br><br>(JUDGE ROBERT D. MARIANI)<br><br><br><br>FILED ELECTRONICALLY |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Please dismiss this action without prejudice.


s/ Brett Freemam_____
Attorney for Plaintiff
Brett Freeman: PA 308834
Sabatini Freeman, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email: bfecf@bankruptcypa.com

s/ Andrew Schwartz (with consent)_
Attorney for Defendant
Andrew M. Schwartz: PA 79427
Marshall Dennehey Warner Coleman
& Goggin, P.C.
2000 Market Street, Suite 2300
Philadelphia, PA 19103
Phone  (215) 575-2765
Facsimile  (215) 575-0856
Email: amschwartz@mdwcg.com