IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID KENNOY,

        Plaintiff

v.

CLIENT SERVICES, INC.

        Defendant

3:17-CV-01116
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 26th DAY OF APRIL, 2018, upon receipt of the parties' Stipulation of Dismissal Without Prejudice (Doc. 26), **IT IS HEREBY ORDERED THAT** the above-captioned action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall **CLOSE** this action.

 

Robert D. Mariani
United States District Judge